No. 83–6798.  GARY *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 83–6815.  SHERER *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 83–6838.  PAULSON *v.* BLACK, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 83–6840.  SHANNON *v.* DeROBERTIS, WARDEN, ET AL. C. A. 7th Cir.  Certiorari denied.

No. 83–6852.  WHITE *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 83–6917.  BOSTONE *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 83–6918.  CHAPMAN *v.* MUSICH ET AL.  C. A. 8th Cir. Certiorari denied.

No. 83–6966.  MACKEY *v.* WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 83–7006.  WHITE LANCE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 83–7019.  MELMUKA *v.* WELLBORN, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 83–7029.  ROSE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 84–62.  ATLAS MACHINE & IRON WORKS, INC. *v.* TENNESSEE VALLEY AUTHORITY.  C. A. 4th Cir.  Certiorari denied.

No. 84–74.  BAILEY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 84–170.  IMPRO PRODUCTS, INC. *v.* BLOCK, SECRETARY OF AGRICULTURE.  C. A. D. C. Cir.  Certiorari denied.